

**SO ORDERED.**

**SIGNED this 02 day of February, 2010.**
**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

_____
Richard Stair Jr.
**UNITED STATES BANKRUPTCY JUDGE**

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE
## AT KNOXVILLE

In re:   Dennis Keith Lambert

Debtor.

No. 08-30670

Chapter 7

## ORDER UPON CONVERSION OF CHAPTER 13 CASE TO CHAPTER 7

The debtor having filed on  pursuant to 11 U.S.C. § 1307(a) a notice to convert (or a motion to convert) this chapter 13 case to chapter 7, the court directs the following:

1.  In accordance with Federal Rule of Bankruptcy Procedure 1017(f)(3), this case is deemed converted as of the date of the filing of the notice (or motion).

2.  As required by Federal Rule of Bankruptcy Procedure 1019(5), within 15 days of the date of this order, the debtor must file:

(a)  a schedule of unpaid debts incurred after the filing of the petition, including the name and address of each claim holder;

(b)  a schedule of executory contracts and unexpired leases entered into or assumed after the filing of the petition;

(c)  if unpaid debts were incurred or executory contracts or unexpired leases entered into postpetition, a supplemental master address list of creditors in the form required by Local Rule 1009-1; and

(d) such other amendments to the schedules, statements, and lists as are necessary to reflect any material additions, deletions, or other changes in the debtor's assets or liabilities that have occurred since the filing of the petition.

3.  If required by 11 U.S.C. § 521(a)(2)(A), the debtor must file within 30 days of the date of this order a statement of intention conforming to Official Form 8 with respect to the retention or surrender of property of the estate securing consumer debts.

4. Within 30 days from entry of this order, the chapter 13 trustee must:

(a)  turn over to the chapter 7 trustee all records and property of the estate under its custody and control, except plan payments, as required by Federal Rule of Bankruptcy Procedure 1019(5);

(b) pay any unpaid claim allowed under 11 U.S.C. § 503(b), including the filing fees, to the clerk of the court, and distribute any remaining plan payments in accordance with the chapter 13 plan unless the plan was not confirmed prior to conversion in which event the trustee must return the remaining plan payments to the debtor; and

(c) file a final report and account.

# # #

APPROVED FOR ENTRY BY:

 /s/ Ann Mostoller
Ann Mostoller, #001146
Attorney for the Debtor
Mostoller, Stulberg, Whitfield & Allen
136 S. Illinois Ave., Suite 104
Oak Ridge, TN  37830
(865) 482-4466

# CERTIFICATE OF NOTICE

The following entities were noticed by first class mail on Feb 05, 2010.
```
db          +Dennis Keith Lambert,   109 S. 17th St.,   La Follette, TN 37766-3304
7437306      1st Investment Services,   c/o Credit Bureau of North America,   201 Skyline Dr.,
             Dickson, TN 37055-2544
7437307      Bank of America,   211 S. Main St.,   Lake City, TN 37769
7437308     +Beacon Finance Corp.,   171 N. Tennessee Ave.,   La Follette, TN 37766-2426
7473373      Chase Tax Related Products Group,   RAL Division,   P.O. Box 272,   Worthington, OH   43085-0272
7437309     +CheckCare,   P.O. Box 52808,   Knoxville, TN 37950-2808
7484540     +Covington Credit,   1907 Old Jacksboro Hwy.,   Suite 2B,   Jacksboro, TN 37757-5160
7437310      Covington Credit,   1907 Old Jacksboro Hwy, Ste 2B,   La Follette, TN 37766
7437311      District Atty General's Office,   P.O. Box 310,   Huntsville, TN 37756-0310
7437312      Emergency Coverage Corp.,   P.O. Box 636019,   Cincinnati, OH 45263-6019
7489261     +Emergency Coverage Corp.,   Tri County Collection,   PO Box 1503,   Morristown, TN 37816-1503
7437313      Family Dollar Stores,   P.O. Box 1017,   Charlotte, NC 28201-1017
7437314     +First American Cash Advance,   2221 Jacksboro Pike, Ste A18,   La Follette, TN 37766-3035
7437315     +Friedman's, Inc.,   P.O. Box 703048,   Dallas, TX 75370-3048
7457499     +Galway Financial Services, LLC,   3870 Peachtree Industrial Blvd.,   Suite 150-316,
             Duluth, GA 30096-1422
7437316      Heights Finance Corp.,   220 E. Central Ave.,   La Follette, TN 37766-3677
7437317      Internal Revenue Service,   P.O. Box 21126,   Philadelphia, PA 19114
7493141      Jefferson Capital Systems LLC,   PO BOX 23051,   COLUMBUS GA 31902-3051
7437318      Jefferson Capital Systems, LLC,   Embrace Visa,   P.O. Box 23051,   Columbus, GA 31902-3051
7437320      Methodist Medical Center,   P.O. Box 2888,   Oak Ridge, TN 37831-2888
7516301      Methodist Medical Center,   1410 Centerpoint Blvd,   Ste 401 Bldg B,   Knoxville Tn 37932-1985
7437321      Midland Credit Management, Inc.,   8875 Aero Dr.,   San Diego, CA 92123-2251
7459501     +ORNL FEDERAL CREDIT UNION,   C/O REVENUE RECOVERY CORP,   PO BOX 2698,   KNOXVILLE, TN 37901-2698
7437322     +ORNL Federal Credit Union,   P.O. Box 365,   Oak Ridge, TN 37831-0365
7437319      Paula Jane Keiser,   c/o Dist. Atty. General's Off.,   P.O. Box 310,   Huntsville, TN 37756-0310
7437324     +ROI Services, Inc.,   P.O. Box 2488,   Reston, VA 20195-0488
7437323      Revenue Recovery Corp.,   P.O. Box 2698,   Knoxville, TN 37901-2698
7461838     ++SECURITY FINANCE CENTRAL BANKRUPTCY,   P O BOX 1893,   SPARTANBURG SC 29304-1893
             (address filed with court: SFC- CENTRAL BANKRUPTCY,   209 DAWSON RD. STE. 4B,
             COLUMBIA, SC. 29223)
7437325     +Security Finance Corp.,   177 N. Tennessee Ave.,   La Follette, TN 37766-2426
7437326      Service Loan Company,   102 N. Massachusetts Ave.,   La Follette, TN 37766-2847
7493250     +Southern Management Corp. TN20,   P O Box 1947,   Greenville, SC 29602-1947
7437327     +St. Mary's Campbell County,   923 East Central Ave.,   LaFollette, TN 37766-2727
7437328      TN Child Support,   TN Atty General, Bankruptcy Unit,   426 5th Ave., 2nd Fl.,
             Nashville, TN 37243-0489
7437329     +Tri-County Collection Agency,   221 E. Main St.,   Morristown, TN 37814-4730
7437725     +US Dept of Justice,   Tax Division, CTS Eastern Reg,   PO Box 227,   Ben Franklin Station,
             Washington, DC 20044-0227
7485317     +Valued Services of Tennessee, LLC,   dba First American Cash Advance,   7047 Lee Highway,
             Chattanooga, TN 37421-1793
7458438     +Vativ Recovery Solutions, LLC,   As Agent for Palisades/Asta,   P.O. Box 19249,
             Sugar Land, TX 77496-9249
```

The following entities were noticed by electronic transmission on Feb 03, 2010.
```
8517482     +E-mail/Text: BNCservicing@ch13etn.com                   Gwendolyn M. Kerney,   PO Box 228,
             Knoxville, TN 37901-0228
7437330     +E-mail/PDF: bk@worldacceptance.com Feb 03 2010 23:47:09      World Finance Corp.,
             240 W. Central Ave.,   La Follette, TN 37523
                                                                                        TOTAL: 2
```

```
        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*         Internal Revenue Service,   P. O. Box 21126,   Philadelphia,, PA  19114
                                                                          TOTALS: 0, * 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 05, 2010**                    **Signature:**